**No. 54930.**—W. A. Haller Co., Inc. *v.* United States, protest 130006–K (Philadelphia).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.